UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **In re:** |  |  |
| **GORDON ALLEN WASHINGTON**, Debtor. |  |  |
| **SPECIALIZED LOAN SERVICING LLC, and THE BANK OF NEW YORK MELLON, as trustee for the certificate-holders of the CWABS, Inc., asset-backed certificates, series 2007-5**, Appellants, | : | No. 14-cv-08063-SDW<br><br>On appeal from an order of the United States Bankruptcy Court for the District of New Jersey, Case No. 14-14573 |
| v. |  |  |
| **GORDON ALLEN WASHINGTON**, Appellee. | : | **ORAL ARGUMENT REQUESTED** |

**APPELLANTS' DESIGNATION OF RECORD**

　　　　　　　　　　　　　　　　　　　　**Ballard Spahr LLP**
　　　　　　　　　　　　　　　　　　　　210 Lake Drive East Suite 200
　　　　　　　　　　　　　　　　　　　　Cherry Hill, New Jersey 08002
　　　　　　　　　　　　　　　　　　　　Tel. No. 856-761-3416
　　　　　　　　　　　　　　　　　　　　Fax No. 856-761-1020

　　　　　　　　　　　　　　　　　　　　*Counsel for Appellants*

*Of Counsel and On the Brief:*

　　Roberto A. Rivera-Soto
　　Daniel JT McKenna
　　Christopher N. Tomlin

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 1. | 3/18/2014 | Adv. Dkt. No. 1 | Complaint |
| 2. | 3/19/2014 | Adv. Dkt. No. 2 | Summons |
| 3. | 5/02/2014 | Adv. Dkt. No. 4 | Answer to Complaint filed by SLS |
| 4. | 6/02/2014 | Adv. Dkt. No. 7 | Debtor's Motion for Summary Judgment Filed by Gordon Allen Washington and Attachments 1-22 |
| 5. | 6/04/2014 | Adv. Dkt. No. 8 | Amended Statement of Undisputed Facts filed by Debtor |
| 6. | 7/29/2014 | Adv. Dkt. No. 11 | SLS' Cross-Motion for Partial Summary Judgment and Attachments 1-15 |
| 7. | 08/26/2014 | Adv. Dkt. No. 17 | SLS' Motion to Compel Deposition of Plaintiff-Debtor and Attachments 1-10 |
| 8. | 08/26/2014 | Adv. Dkt. No. 19 | Debtor's Cross-Motion for Partial Summary Judgment and Attachments 1-16 |
| 9. | 09/23/2014 | Adv. Dkt. No. 21 | Debtor's Certification in Opposition to SLS' Motion to Compel Deposition of Plaintiff-Debtor |
| 10. | 9/25/2014 | Adv. Dkt. No. 22 | SLS' Response to Debtor's Cross-Motion for Summary Judgment |
| 11. | 9/30/2014 | Adv. Dkt. No. 23 | Order Granting Motion To Compel Deposition of Plaintiff-Debtor; Resetting Deadlines; and Adjourning Trial |
| 12. | 9/30/2014 | N/A | Transcript of Hearing Held on September 30, 2014 and all Exhibits submitted at Hearing |
| 13. | 10/09/2014 | Adv. Dkt. No. 25 | Debtor's Correspondence with Court re Motion to Compel and Summary Judgment Hearing |
| 14. | 10/10/2014 | Adv. Dkt. No. 26 | SLS' Correspondence with Court in Response to Debtor's Correspondence |
| 15. | 11/05/2014 | Adv. Dkt. No. 28 | Memorandum Decision Granting Debtor's Motion for Partial Summary Judgment |
| 16. | 11/17/2014 | Adv. Dkt. No. 30 | Order Granting Debtor/Plaintiff Summary Judgment, Disallowing Defendant's Secured Claim Pursuant To 11 § U.S.C. 502(b)(1) and Avoiding Lien Pursuant to 11 § U.S.C. 506(a)(1) and (d) |

| Designation No. | Filing Date | Docket No. or Exhibit No. | Document Title |
|---|---|---|---|
| 17. | 11/20/2014 | Adv. Dkt. No. 35 | Amended Order Granting Debtor/Plaintiff Summary Judgment, Disallowing Defendant's Secured Claim Pursuant To 11 § U.S.C. 502(b)(1) and Avoiding Lien Pursuant to 11 § U.S.C. 506(a)(1) and (d) |
| 18. | 11/24/2014 | Adv. Dkt. No. 33 | SLS' Motion To Stay Pending Appeal and Attachments 1-3 |
| 19. | 11/24/2014 | Adv. Dkt. No. 34 | SLS' Application to Shorten Time for Hearing on Motion to Stay Pending Appeal |
| 20. | 11/25/2014 | Adv. Dkt. No. 36 | Order Granting SLS' Application to Shorten Time |
| 21. | 11/26/2014 | Adv. Dkt. No. 37 | SLS' Notice of Appeal of Amended Order Granting Summary Judgment |
| 22. | 11/26/2014 | Adv. Dkt. No. 38 | SLS' Motion for Leave to Appeal Amended Order Granting Summary Judgment |
| 23. | 12/02/2014 | Adv. Dkt. No. 40 | Debtor's Brief in Opposition to SLS' Motion to Stay Pending Appeal |
| 24. | 12/03/2014 | N/A | Transcript of Hearing Held on December 3, 2014 and all Exhibits submitted at Hearing |
| 25. | 12/08/2014 | Adv. Dkt. No. 41 | Order Imposing Temporary Stay |
| 26. | 12/09/2014 | Adv. Dkt. No. 42 | Order Granting Motion To Stay Pending Appeal |
| 27. | 12/23/2014 | Adv. Dkt. No. 46 | Order Vacating Order [Dkt. No. 41] Granting Temporary Stay |
| 28. | 3/26/2014 | Bankr. Dkt. No. 11 | Debtor's Modified Petition, Statement of Financial Affairs and Schedules |
| 29. | 4/9/2014 | Bankr. Dkt. No. 12 | Order Converting Debtor's Case to Chapter 13 |
| 30. | 5/19/2014 | Bankr. Dkt. No. 17 | Debtor's Chapter 13 Plan |
| 31. | 8/5/2014 | Bankr. Dkt. No. 25 | Debtor's First Modified Chapter 13 Plan |