UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                          DATE: June 18, 2015

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                  Docket# 14-8063

SPECIALIZED LOAN SERVICING, LLC v. GORDON ALLEN WASHINGTON

**Appearances**:
Rosa Amica-Terra, Esq. for Appellee
Walter Nealy, Esq. for Appellee
Roberto A. Rivera-Soto, Esq. for Appellants
Christopher Tomlin, Esq. for Appellants

Nature of Proceeding:   **HEARING**

Hearing held on bankruptcy appeal;
Ordered decision reserved.


Time Commenced 10:55 a.m.
Time Adjourned 11:25 a.m.

cc: chambers                              Carmen D. Soto
                                          Deputy Clerk