<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SPECIALIZED LOAN SERVICING, LLC, and THE BANK OF NEW YORK MELLON, as Trustee for the Certificate-holders of the CWABS, Inc., Asset-backed Certificates, Series 2007-5, <br><br>Appellants, <br><br>v. <br><br>GORDON ALLEN WASHINGTON, <br><br>Appellee. | Civil Action No. 2:14-cv-8063-SDW <br><br>**ORDER** <br><br>August 11, 2015 |

**WIGENTON**, District Judge.

This matter comes before this Court on appeal by Specialized Loan Servicing, LLC, ("SLS") and the Bank of New York Mellon (collectively, "Appellants") from a Summary Judgment Motion in favor of Gordon A. Washington ("Appellee" or "Debtor") before the Bankruptcy Court.

For the reasons set forth in this Court's Opinion dated August 11, 2015, the decision of the Bankruptcy Court is **REVERSED**.

**SO ORDERED.**

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig:   Clerk
cc:     Parties