# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>GORDON ALLEN WASHINGTON,<br><br>Debtor. | Chapter 13<br><br>Case No. 14-14573 (TBA) |
| GORDON ALLEN WASHINGTON,<br><br>Plaintiff-Debtor,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC and THE BANK OF NEW YORK MELLON, as TRUSTEE for the CERTIFICATE-HOLDERS of the CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Defendants-Creditors. | Adv. Proc. No.: 14-01319<br>Civil Case No.:  14-cv-08063-SDW |

## NOTICE OF APPEAL

Notice is hereby given that GORDON ALLEN WASHINGTON, Debtor in the underlying Bankruptcy Proceeding and Plaintiff in the underlying Adversary Proceeding, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Opinion and Order [Document Nos.: 29 and 30] dated August 11, 2015 and entered in this action on August 12, 2015, reversing the Bankruptcy Court's Amended Order granting Summary Judgment in favor of the Debtor-Plaintiff and against the Defendants-Creditors.

Date: September 10, 2015         LAW OFFICES OF CHARLES A. GRUEN
                                 Attorneys for Plaintiff-Debtor
                                 Gordon Allen Washington

                                 By: _____
                                 Rosa Amica-Terra
                                 381 Broadway, Suite 300
                                 Westwood, New Jersey 07675
                                 Tel. No. 201-342-1212
                                 Fax No. 201-342-6474
                                 ramica-terra@gruenlaw.com

## **CERTIFICATE OF SERVICE**

1.  I, Rosa Amica-Terra, of the Law Offices of Charles A. Gruen, am an attorney-at-law duly admitted to practice in the State of New Jersey and before the United States District Court for the District of New Jersey. I am one of the attorneys for Debtor-Plaintiff, GORDON ALLEN WASHINGTON in connection with the above-captioned matter.

2.  On September 10, 2015, I electronically filed the foregoing Notice of Appeal with the United States District Court for the District of New Jersey, using the CM/ECF system and served the same on the following via regular mail:

> Roberto A. Rivera-Soto, Esq.
> Ballard Spahr
> 210 Lake Drive East
> Suite 200
> Cherry Hill, NJ 08002

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: September 10, 2015

LAW OFFICES OF CHARLES A. GRUEN
Attorneys for Plaintiff-Debtor/,
Gordon Allen Washington

By: _____
Rosa Amica-Terra
381 Broadway, Suite 300
Westwood, New Jersey 07675
Tel. No. 201-342-1212
Fax No. 201-342-6474
ramica-terra@gruenlaw.com